# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 13-0207 AG (ANx) | Date | March 4, 2013 |
|---|---|---|---|
| Title | MICHAEL CORDAS, et al. v. JP MORGAN CHASE BANK, NA, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

**Proceedings:** **[IN CHAMBERS] ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION**

The 36-page verified complaint seeks to allege diversity jurisdiction. *See* 28 U.S.C. § 1332. However, the exercise of diversity jurisdiction would be improper for at least the reasons listed below:

1. The complaint does not allege the citizenship of named defendant California Reconveyance Company.

2. The complaint does not allege Plaintiffs' citizenship.

Accordingly, the Court orders Plaintiffs to show cause in writing within 14 days of the date of this order why this action should not be dismissed for lack of subject matter jurisdiction. Defendants may submit a response in the same time period. An amended complaint correcting the deficiencies will be deemed a sufficient response to this order to show cause.

: 0

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 13-0207 AG (ANx) | Date | March 4, 2013 |
| Title | MICHAEL CORDAS, et al. v. JP MORGAN CHASE BANK, NA, et al. | | |

| | |
|---|---|
| Initials of Preparer | lmb |