1  **BRYAN CAVE LLP**
   Sean D. Muntz, California Bar No. 223549
2  Damian P. Richard, California Bar No. 262805
   3161 Michelson Drive, Suite 1500
3  Irvine, California 92612-4414
   Telephone:  (949) 223-7000
4  Facsimile:   (949) 223-7100
   E-Mail:      sean.muntz@bryancave.com
5              richardd2@bryancave.com

6  Attorneys for Defendants
   JP Morgan Chase Bank, N.A. and
7  California Reconveyance Company

8

9  **UNITED STATES DISTRICT COURT**

10 **CENTRAL DISTRICT OF CALIFORNIA**

| MICHAEL CORDAS and CATHY CORDAS,<br><br>Plaintiffs,<br><br>vs.<br><br>JP MORGAN CHASE BANK, N.A.; CALIFORNIA RECONVEYANCE COMPANY,<br><br>Defendants. | Case No. SACV13-00207 AG (ANx)<br><br>Hon. Andrew J. Guilford<br><br>**ORDER DISMISSING ENTIRE CASE**<br><br>Date:  April 29, 2013<br>Time:  10:00 a.m.<br>Courtroom:  10D<br><br>Complaint Filed:  February 6, 2013<br>Trial Date:       Not Assigned |
|---|---|

The Motion to Dismiss and Expunge Notice of Pendency of Action (Lis Pendens) filed by Defendants JP MORGAN CHASE BANK, N.A. and CALIFORNIA RECONVEYANCE COMPANY to dismiss the First Amended Complaint of Plaintiffs MICHAEL CORDAS and CARHY CORDAS and expunge the Lis Pendens recorded February 7, 2013, as document number 2013000080380 in the Official Records of the Orange County Recorder's Office, came on for hearing at or around 10:00 a.m. on April 29, 2013.  The Honorable Andrew J. Guilford presided.

1  The Court reviewed the arguments asserted by counsel, the memorandum of
2 points and authorities and other papers submitted by the parties, and the pleadings
3 and records on file. The Court finds that the entire action must be dismissed for lack
4 of subject matter jurisdiction.

5  IT IS HEREBY ORDERED THAT:

6  The entire case is dismissed for lack of subject matter jurisdiction.

8  **IT IS SO ORDERED.**

9 Dated: April 30, 2013  _____
10                          Andrew J. Guilford
11                          United States District Judge

Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California  92612-4414

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28